**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION**

| | |
|---|---|
| **APRIL WILLIAMS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CIVIL ACTION NO.** |
| ) | **5:17-cv-00063-DCR** |
| ) | |
| **MIDLAND FUNDING, LLC,** ) | |
| ) | |
| **Defendant.** ) | |

**JOINT NOTICE OF SETTLEMENT**

  **COME NOW** plaintiff April Williams ("Plaintiff") and defendant Midland Funding, LLC ("Midland Funding") (hereinafter collectively referred to as "the parties"), by and through their undersigned counsel, and hereby notify the Court that a tentative settlement agreement has been reached between the parties.  The parties are presently drafting, finalizing, and executing the settlement and dismissal documents.  The parties request forty-five (45) days to finalize the settlement documents and to file a stipulation of dismissal with the Court.

  Respectfully submitted this the 25th day of May, 2017,

            */s/ James H. Lawson* (with permission)
            James H. Lawson
            *Lawson at Law, PLLC*
            115 Sherrin Avenue, Unit #4
            Louisville, KY 40207
            Phone: (502) 473-6525
            Email: james@kyclc.com

            Attorney for Plaintiff
            APRIL WILLIAMS

*/s/ Reid S. Manley*
Reid S. Manley
Kentucky Bar No. 90360
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
Email: rmanley@burr.com

Attorney for Defendant
MIDLAND FUNDING, LLC