UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| APRIL WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 17-63-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| MIDLAND FUNDING, LLC, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

The parties have now tendered an Agreed Order Dismissing Case with Prejudice, in accordance with the Court's prior instructions. Therefore, being sufficiently advised, it is hereby

**ORDERED** as follows:

1. The parties' construed motion [Record No. 11] is **GRANTED**.

2. The claims asserted against Defendant Midland Funding, LLC are **DISMISSED**, with prejudice, as settled.

3. This action is **DISMISSED** and **STRICKEN** from the Court's docket. The parties shall bear their respective costs, fees and expenses.

This 20th day of June, 2017.



- 1 -